Nicholas Ranallo, Attorney at Law (SBN 275016)
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

Todd Y. Brandt (TX SB # 24027051) (*pro hac vice* pending)
BRANDT LAW FIRM
222 North Fredonia St.
Longview, Texas 75601
Tel:  (903) 212-3130
Fax:  (903) 753–6761
Email: tbrandt@thebrandtlawfirm.com

*Attorney for Plaintiff*
*Secure Cam, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Secure Cam, LLC, a Wyoming Limited Liability Company** | Case No.  18-cv-2750 |
| Plaintiff, | |
| v. | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| **Tend Insights, Inc., a California corporation,** | |
| Defendant. | |

Plaintiff Secure Cam, LLC by and through its undersigned counsel, submits this Notice of Pendency of Other Action or Proceeding pursuant to L.R. 3-13 and Local Patent Rule 2-1.

*Secure Cam, LLC v. Anviz Global, Inc.*; Case No. 3:18-cv-02407, filed April 21, 2018; and *Secure Cam, LLC v. Butterfleye, Inc.*; Case No. 3:18-cv-2600 filed May 2, 2018 in the United States District Court for the Northern District of California, currently pending

before this Court involves infringement of one or more claims of the same four Patents as the above-captioned case.  The related patents are United States Patent No. 8,531,555 ("the '555 Patent"), United States Patent No. 8,350,928 ("the '928 Patent"), United States Patent No. 8,836,819 ("the '819 Patent), and United States Patent No. 9,363,408 ("the '408 Patent).

Dated:  May 10, 2018                                    Respectfully submitted,

/s/ Nicholas Ranallo_____
Nicholas Ranallo, Attorney at Law
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

/s/ Todd Y. Brandt_____
Todd Y. Brandt (*pro hac vice* pending)
TX SB # 24027051
BRANDT LAW FIRM
222 North Fredonia St.
Longview, Texas 75601
Telephone:  (903) 212-3130
Facsimile:  (903) 753–6761
tbrandt@thebrandtlawfirm.com

*Counsel for Plaintiff, Secure Cam, LLC*