1  Dalia Kothari (SBN 299867)
   kothari@fr.com
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA 94063
   Telephone: (650) 839-5070
4  Facsimile: (650) 839-5071

5  Neil J. McNabnay (*pro hac vice*)
   mcnabnay@fr.com
6  FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
7  Dallas, TX 75201
   Telephone: (214) 747-5070
8  Facsimile: (214) 747-2091

9  Attorneys for Defendant
   TEND INSIGHTS, INC.
10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                             SAN JOSE DIVISION

14  SECURE CAM, LLC,                    Case No. 5:18-cv-02750-EJD

15              Plaintiff,              **DEFENDANT TEND INSIGHTS, INC.'S
                                        CERTIFICATE OF INTERESTED
16        v.                            ENTITIES OR PARTIES**

17  TEND INSIGHTS, INC.,

18              Defendant.

19

20        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tend Insights, Inc.

21  hereby states that it has no parent company and no publicly-held corporation owns 10% or more of

22  its stock.

23        Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

24  named parties, and potentially the parties to the other litigations filed by Plaintiff (which were or

25  are pending in this District), there is no such interest to report.

26

27

28

1 | Dated:  August 16, 2018					FISH & RICHARDSON P.C.

						By: */s/ Dalia Kothari*
						     Dalia Kothari

						Attorneys for Defendant

						TEND INSIGHTS, INC.